DUCEY & ASSOCIATES LLC
P.O. BOX 220844
ANCHORAGE, ALASKA 99522-0844
TELEPHONE (907) 222-5036
FAX (907) 222-5026

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, as subrogee of Ann and George Bryson, an Illinois corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ELECTRICAL COMPONENTS INTERNATIONAL, INC., a Delaware corporation; ELECTRICAL COMPONENTS CANADA, INC., a foreign entity; WARREN DISTRIBUTION, INC., a Nebraska corporation; KENDALL DEALERSHIP HOLDINGS, LCC, an Oregon limited liability company; KENDALL AUTOMOTIVE GROUP INC., an Oregon corporation; DOE ENTITIES 1-10,<br><br>    Defendants. | Case No. 3AN-23-09434CI |

**NOTICE TO SUPERIOR COURT OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that on March 1, 2024, Defendants Electrical Components International, Inc. and Electrical Components Canada, Inc. (ECI/ECC) and Warren Distribution, Inc. (Warren) filed in the United States District Court for the District of Alaska, at Anchorage, Alaska, a notice of removal from state court, and that a copy of said notice of removal is on file with the above-captioned court.

Notice to Superior Court of Filing Notice of Removal
*State Farm Fire & Casualty Co. v. Electrical Components, et al.* / Case No. 3AN-23-09434CI     Page 1 of 2

Case 3:24-cv-00048-JMK   Document 1-1   Filed 03/01/24   Page 1 of 2   EXHIBIT A, Page 1 of 2

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1446(d), the filing of said notice of removal in the United States District Court, together with a filing of a copy of said notice with this court, effects the removal of this action and the above-captioned court may proceed no further, unless and until the case is remanded.

A copy of the notice of removal being filed concurrently in the United States District Court for the District of Alaska is attached hereto.

DATED this 1st day of March, 2024, at Anchorage, Alaska.

DUCEY & ASSOCIATES LLC
Attorneys for Defendants ECI/ECC and Warren

/s/Cynthia L. Ducey
Cynthia L. Ducey
Alaska Bar No. 8310161

**CERTIFICATE OF SERVICE**

This certifies that I am an authorized agent for Ducey & Associates LLC for service of papers pursuant to Civil Rule 5, and that on this 1st day of March, 2024, a copy of the above-referenced document was served by ☐ mail ☒ email ☐ hand delivery ☐ fax upon:

Kyle A. Farnam
Law Offices of Cozen O'Connor
999 Third Ave Ste 1900
Seattle WA 98104
kfarnam@cozen.com

Joshua Tinajero
Williams Kastner
601 Union St Ste 4100
Seattle WA 98101-2380
jtinajero@williamskastner.com

/s/Jeannie Basinger
Jeannie L. Basinger
4894-0388-4965, v. 1

DUCEY & ASSOCIATES LLC
P.O. BOX 220844
ANCHORAGE, ALASKA 99522-0844
TELEPHONE (907) 222-5036
FAX (907) 222-5026

Notice to Superior Court of Filing Notice of Removal
*State Farm Fire & Casualty Co. v. Electrical Components, et al.* / Case No. 3AN-23-09434CI    Page 2 of 2

Case 3:24-cv-00048-JMK    Document 1-1    Filed 03/01/24    Page 2 of 2
EXHIBIT A, Page 2 of 2